# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| A-TURF, INC.,<br><br>        Plaintiff,<br><br>vs.<br><br>WESTERN SURETY COMPANY,<br><br>        Defendant. | Case No. 2:13-cv-01834-JAD-GWF<br><br>**ORDER** |

This matter is before the Court on Plaintiff A-Turf's Motion for a Limited Stay of Discovery (#14), filed on January 31, 2014. Defendant Western Surety Company filed its Response to Plaintiff's Motion (#16) on February 14, 2014. Plaintiff filed its Response (i.e. Reply) (#17) on February 21, 2014. The Court conducted a hearing in this matter on March 3, 2014. Based on the parties' agreement and understanding as set forth during the hearing,

**IT IS HEREBY ORDERED** that Plaintiff A-Turf's Motion for a Limited Stay of Discovery (#14) is **granted** as follows:

1. Deposition discovery and expert witness discovery is stayed until May 5, 2014 in order that such discovery may be coordinated with an underlying arbitration.

2. Defendant Western Surety Company may proceed with written discovery relating to its defenses in this action.

3. The parties should submit a stipulated discovery plan and scheduling order in accordance with this order.

DATED this 3rd day of March, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge